UST-31, 3/03

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ  85377

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PRUITT, ERIC DEAN | ) | Case No. <u>08-15877-PHX SSC</u> |
| PRUITT, STACY LYNN | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

JILL H. FORD, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in э347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 1 | RJM ACQUISITIONS LLC<br>575 UNDERHILL BOULEVARD<br>SUITE 224<br>SYOSSET, N.Y. 11791 | $.47 |

| | |
|---|---|
| January 2, 2011 | /s/ Jill H. Ford |
| DATE | JILL H. FORD, TRUSTEE |